DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROSIE YVETTE MALBRUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-MJ-00099 DLB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| ROSIE YVETTE MALBRUE, | Date:  July 7, 2010 |
| Defendant. | Time:  1:30 P.M. Honorable Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for June 16, 2010, **may be continued to July 7, 2010, at 1:30 p.m.**

This continuance is requested to allow time to finalize transfer of jurisdiction and to continue drug treatment for defendant prior to hearing.  Assistant United States Attorney Kevin P. Rooney does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: June 15, 2010

/s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: June 15, 2010

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
ROSIE YVETTE MALBRUE

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:  **June 15, 2010**            /s/ **Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE