## UNITED STATES DISTRICT COURT
### Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

September 25, 2012




FILED

SEP 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Office of the Clerk
U.S. District Court, Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

Case Name:     US-v-Rose Yvette Malbrue
Case Number:   4:12-71044-MAG      EDCA 2:10-CR-00232-MCE
Charges:        18:3606 Violation of conditions of supervised release

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Donna M. Ryu. The following action has been taken:

     (X)     The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
     ( )      The defendant has a court appearance in your court on:

Enclosed are the following documents:
           original Rule 5 affidavit
    certified copy of *AO 94, Commitment to Another District*
           Other misc documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____ .

Date: _____        CLERK, U.S. DISTRICT COURT

                                                        By _____
                                                            Deputy Clerk

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
SEP 2 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br>v.<br>Rose Yvette Malbrue<br>*Defendant* | )<br>)<br>) Case No.  4-12-71044-MAG<br>)<br>) Charging District's<br>) Case No.  2:10-CR-00232-MCE |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___California, Sacramento___.
The defendant may need an interpreter for this language: ___(No Interpreter needed)___.

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___9/24/12___

_____
*Judge's signature*

___DONNA M. RYU___, United States Magistrate Judge
*Printed name and title*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date 9/25/12

cc: Copy to parties via ECF, 2 Certified copies to U.S. Marshal, Probation, Pretrial



District Court
Criminal Case Processing

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MASBN 100560)
   Assistant U.S. Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3701
7  Telefax:   (510) 637-3724
   Email: stephen.corrigan@usdoj.gov
8

9  Attorneys for the United States

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION    4-12-71044

14
   UNITED STATES OF AMERICA,        )   CRIMINAL NO.
15                                   )
        Plaintiff,                   )
16                                   )   NOTICE OF PROCEEDINGS ON
        v.                           )   OUT-OF-DISTRICT CRIMINAL
17                                   )   CHARGES PURSUANT TO RULES
   ROSE YVETTE MALBRUE,              )   5(c)(2) AND (3) OF THE FEDERAL
18                                   )   RULES OF CRIMINAL PROCEDURE
        Defendant.                   )
19  _____ )

20      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21  Procedure that on September 20, 2012, the above-named defendant was arrested based upon an

22  arrest warrant (copy attached) issued upon a supervised release violation petition filed in the

23  Eastern District of California, Case Number 2:10-CR-00232-MCE, charging the defendant

24  with a violation of Title 18, United States Code, Section 3606.

25  //

26  //

27  //

28  //

FILED
SEP 21 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  DESCRIPTION OF CHARGES: Did knowingly and intentionally violate the general terms and
2  conditions of her supervised release as imposed by the Court on September 23, 2009.
3  PENALTY:  Maximum penalty is 2 years imprisonment.
4
5                                                              Respectfully Submitted,
6                                                              MELINDA HAAG
                                                               United States Attorney
7
8  Date: September 21, 2012
9                                                              STEPHEN G. CORRIGAN
                                                               Assistant U.S. Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 2:10-cr-00232-MCE   Document 14 *SEALED* (Court only)   Filed 03/15/12   Page 1 of 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES MARSHAL

'2012 MAR 15 PM 12: 10

EASTERN DISTRICT
CALIFORNIA

USA,

v.

ROSE YVETTE MALBRUE,

**WARRANT FOR ARREST**

1642208

Case No: 2:10-CR-00232-MCE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Rose Yvette Malbrue,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Violation Petition   ☐ Other _____

charging him or her with (brief description of offense)

**Violation of Supervised Release**

in violation of Title  18       United States Code, Section(s)  3606

| R. Becknal | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 3/15/12       Sacramento |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at- NO BAIL | by   Judge Morrison C. England, Jr |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Rosie Yvette MALBRUE |
| **Docket Number:** | 2:10CR00232-01 |
| **Offender Address:** | Northern District of California |
| **Judicial Officer:** | Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/23/2009 (District of New Mexico) |
| **Original Offense:** | 21 USC 841(b)(1)(C) - Possession with Intent to Distribute Less Than 500 Grams of Cocaine (CLASS C FELONY) |
| **Original Sentence:** | 226 days custody Bureau of Prisons, or time served, whichever is less; 3 years Supervised Release; $100 special assessment |
| **Special Conditions:** | DNA collection; No firearms; Substance abuse treatment, testing, and co-payment; Warrantless search; Refrain from the use of alcohol; No contact with co-defendant; Court recommends defendant be eligible for student loans and financial aid. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/23/2009 |
| **Assistant U.S. Attorney:** | To be assigned     Telephone: (916) 554-2700 |
| **Defense Attorney:** | To be assigned     Telephone: (916) 498-5700 |
| **Other Court Action:** | |
| <u>09/23/2009:</u> | Supervised Release commenced in the Eastern District of California. |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 3/15/12

Case 2:10-cr-00232-MCE   Document 13 (Court only)   Filed 03/15/12   Page 2 of 10

RE:     **Rosie Yvette MALBRUE**
        Docket Number: 2:10CR00232-01
        PETITION FOR WARRANT OR SUMMONS
        FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **03/08/2010:** | Prob 12C - Petition for Warrant filed with the District of New Mexico alleging illegal drug use and failure to participate in drug counseling. |
| **07/01/2010:** | Transfer of Jurisdiction from the District of New Mexico, to the Eastern District of California. |
| **09/23/2010:** | Appeared before the Court on the allegations noted on the petition filed on March 8, 2010; the releasee was continued on supervision under the same conditions previously imposed. |
| **04/19/2011:** | Supervision of the releasee's case was accepted by the Northern District of California. |

## PETITIONING THE COURT

( X )  TO ISSUE A WARRANT

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**        **Nature of Violation**

**Charge 1:**            USE OF A CONTROLLED SUBSTANCE

On January 5, 2012, Ms. Malbrue submitted a urinalysis sample which tested positive for cocaine (Specimen Number B02084247), in violation of the general condition that she refrain from any unlawful use of a controlled substance.

RE:   Rosie Yvette MALBRUE
      Docket Number: 2:10CR00232-01
      PETITION FOR WARRANT OR SUMMONS
      FOR OFFENDER UNDER SUPERVISION

Charge 2:          FAILURE TO PARTICIPATE IN DRUG COUNSELING

Ms. Malbrue failed to attend counseling at Sharper Future, located in Oakland, California, on January 30, 2012; and February 6 and 13, 2012, in violation of the special condition that she participate in a substance abuse program.

On February 3, 2012, the probation officer spoke to Ms. Malbrue and instructed her to continue attending Court-imposed drug counseling treatment and drug testing as required. Further, Ms. Malbrue was instructed to immediately contact the probation officer in the event of any unforseen issues which would prevent her from participating in the programs.

Moreover, on February 8, 2012, the probation officer attempted to contact Ms. Malbrue to discuss her violation conduct, only leaving a voicemail to return the phone call. To date, Ms. Malbrue has failed to call the probation officer to discuss the matter.

Charge 3:          FAILURE TO PARTICIPATE IN DRUG TESTING

Ms. Malbrue failed to attend urinalysis drug testing at Sharper Future, located in Oakland, California, on November 3, 9, and 15, 2011; December 5 and 14, 2011; January 9, 2012; and February 2 and 7, 2012, in violation of the special condition to participate in drug testing.

On February 3, 2012, the probation officer spoke to Ms. Malbrue (via telephone conversation) instructing her to continue drug testing, to which she agreed to comply. Ms. Malbrue was further instructed to contact the probation officer in the event there were issues preventing her from drug testing.

On February 8, 2012, the probation officer left a voice message on the offender's personal cell phone inquiring as to why she failed to attend drug testing the previous day. To date, Ms. Malbrue has not yet responded to the message.

RE: Rosie Yvette MALBRUE
Docket Number: 2:10CR00232-01
PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION

Charge 4:       FAILURE TO REFRAIN FROM THE USE OF ALCOHOL

On January 6, 2012, Ms. Malbrue reported to the probation office for a scheduled office visit. During the visit, the probation officer detected a strong odor of alcohol emitting from the offender, in violation of the special condition that she refrain from the use of alcohol.

Upon initial inquiry, Ms. Malbrue attributed the smell to a "lifesaver" she had in her mouth. However, as the visit progressed, Ms. Malbrue admitted to consuming wine before the office visit. Ms. Malbrue was strongly admonished for her alcohol consumption.

On February 1, 2012, the probation officer met with Ms. Malbrue to discuss her pattern of non-compliance. During the meeting, Ms. Malbrue admitted to drinking shots of tequila with her co-workers prior to the January 6, 2012, office visit with the probation officer. Equally concerning, Ms. Malbrue admitted to consuming alcohol while at work on a regular basis.

Justification:

It is the probation officer's opinion that Ms. Malbrue has shown no improvement despite being exposed to all of the Court's resources for more than 2½ years. As a result of her ongoing violation conduct, graduated sanctions have been utilized and unfortunately, instead of Ms. Malbrue taking advantage of the many opportunities afforded to her, she blatantly continued to engage in a pattern of non-compliance.

Furthermore, Ms. Malbrue has completely abandoned her Court-ordered outpatient drug treatment and testing conditions. The probation officer has made several attempts to contact Ms. Malbrue to discuss the matter, to no avail. Moreover, Ms. Malbrue recently moved out of her boyfriend's residence, has moved to an unknown/unreported residence, and pursuant to her conditions of release, she has failed to notify the probation officer of her change of address. Presently, her whereabouts are unknown, and she has made herself unavailable for supervision. Ms. Malbrue has seemingly absconded from supervision.

RE:  Rosie Yvette MALBRUE
     Docket Number: 2:10CR00232-01
     PETITION FOR WARRANT OR SUMMONS
     FOR OFFENDER UNDER SUPERVISION

**Bail/Detention:**

Ms. Malbrue has clearly breached the trust of the Court and has made herself unavailable for supervision. Taking into account Ms. Malbrue's history of illicit drug abuse and criminal history, it is the position of the probation officer that Ms. Malbrue is deemed a danger to the community and a flight risk. Therefore, it is respectfully recommended that the Court issue a bench warrant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON:   March 8, 2012
               Roseville, California
               VP:cd

                              Respectfully submitted,

                              /s/ Vladimir Pajcin

                              VLADIMIR PAJCIN
                              United States Probation Officer
                              Telephone: (916) 786-2357

REVIEWED BY:   /s/ Kyriacos M. Simonidis
               KYRIACOS M. SIMONIDIS
               Supervising United States Probation Officer

RE: Rosie Yvette MALBRUE
Docket Number: 2:10CR00232-01
**PETITION FOR WARRANT OR SUMMONS
FOR OFFENDER UNDER SUPERVISION**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

(XX) The issuance of a warrant ( ) Bail set at $ ___ (XX) No Bail

( ) The issuance of a summons (copy to Defense Counsel).

( ) Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( ) Defendant is ordered detained, to be brought before District Judge forthwith.

(XX) Initial appearance and detention hearing before Magistrate Judge.

Dated: March 14, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

cc: United States Probation
Assistant United States Attorney
United States Marshal Service

### STATEMENT OF EVIDENCE OF ALLEGED
### SUPERVISED RELEASE VIOLATIONS

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

          **RE: Rosie Yvette MALBRUE**
             **Docket Number:  2:10CR00232-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order**, the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**  **USE OF A CONTROLLED SUBSTANCE**

  **A.**  **Evidence:**

    (1) Sharper Future laboratory results for Specimen Number B02084247, which collected on January 5, 2012, confirmed the presence of cocaine.

  **B.**  **Witnesses:**

    (1) Northern District of California United States Probation Officer Shaheen Shan will testify and provide documentation supporting the above-noted information.

7

RE:   Rosie Yvette MALBRUE
      Docket Number:   2:10CR00232-01
      **STATEMENT OF EVIDENCE**

**Charge 2:**   **FAILURE TO PARTICIPATE IN DRUG COUNSELING**

   A.   **Evidence:**

      (1)   Sharper Future records indicating that Ms. Malbrue failed to report for her regularly scheduled drug counseling sessions on January 30, 2012; and February 6 and 13, 2012.

   B.   **Witnesses:**

      (1)   Northern District of California United States Probation Officer Shaheen Shan will testify and provide documentation supporting the above-noted information.

**Charge 3:**   **FAILURE TO PARTICIPATE IN DRUG TESTING**

   A.   **Evidence:**

      (1)   Sharper Future records indicating Ms. Malbrue failed to report for drug testing on November 3, 9, and 15, 2011; December 5 and 14, 2011; January 9, 2012; and February 2 and 7, 2012, as required.

   B.   **Witnesses:**

      (1)   Northern District of California United States Probation Officer Shaheen Shan will testify and provide documentation supporting the above-noted information.

RE:   Rosie Yvette MALBRUE
      Docket Number:   2:10CR00232-01
      STATEMENT OF EVIDENCE

Charge 4:   FAILURE TO REFRAIN FROM THE USE OF ALCOHOL

   A.   Evidence:

      (1)   On February 1, 2012, while meeting with her probation officer, Ms. Malbrue admitted to consuming alcohol with her co-workers while at work.

   B.   Witnesses:

      (1)   Northern District of California United States Probation Officer Shaheen Shan will testify to the above-noted information.

            Respectfully submitted,

            /s/ Vladimir Pajcin

            VLADIMIR PAJCIN
            United States Probation Officer

DATED:   March 8, 2012
         Roseville, California
         VP:cd


REVIEWED BY:   /s/ Kyriacos M. Simonidis
               KYRIACOS M. SIMONIDIS
               Supervising United States Probation Officer

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**   Rosie Yvette MALBRUE             **Docket Number:** 2:10CR00232-01

**Date of original offense:**   01/28/2009

**Original term of supervised release imposed:**   3 years

**Highest grade of violation alleged:**   C

**Criminal History Category of offender:**   II

**Chapter 7 range of imprisonment:**   4 to 10 months

**Maximum term on revocation - 18 USC 3583(e)(3):** *(choose one below)*

```
__   Class A felony - 5 years (or stat max of __ years if longer)
__   Class B felony - 3 years
 X   Class C and/or D felony - 2 years
__   Class E felony and misdemeanors - 1 year
```

**Violation requires mandatory revocation:** YES: __   NO: _X_

<u>**Original offense committed on or after 04/30/2003**</u>: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

### MANDATORY REVOCATION ISSUES

<u>**Positive/Failed Drug Tests after 11/02/2002**</u>: Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

March 8, 2012
VP:cd

E-Filing

# U.S. District Court
## California Northern District (Oakland)
## CRIMINAL DOCKET FOR CASE #: 4:12-mj-71044-MAG-1
### Internal Use Only

Case title: USA v. Malbrue  
Other court case number: 2:10-CR-00232-MCE Eastern District of California

Date Filed: 09/21/2012  
Date Terminated: 09/24/2012

Assigned to: Magistrate Judge

### Defendant (1)

**Rose Yvette Malbrue**  
*TERMINATED: 09/24/2012*

represented by **Jerome Emory Matthews**  
Office of the Federal Public Defender  
555 - 12th Street  
Suite 650  
Oakland, CA 94607-3500  
510-637-3500  
Fax: 510-637-3507  
Email: jerome_matthews@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3606: Violation of conditions of supervised release | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Stephen George Corrigan**<br>U.S. Attorney's Office<br>1301 Clay St. Room 340S<br>Oakland, CA 94612<br>(510)637-3680<br>Email: stephen.corrigan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2012 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Rose Yvette Malbrue. (kc, COURT STAFF) (Filed on 9/21/2012) (Entered: 09/21/2012) |
| 09/21/2012 | | CASE DESIGNATED for Electronic Filing. (kc, COURT STAFF) (Filed on 9/21/2012) (Entered: 09/21/2012) |
| 09/21/2012 | | Set/Reset Hearing Initial Appearance on a Rule 5 as to Rose Yvette Malbrue set for 9/24/2012 09:30 AM before Magistrate Judge Donna M. Ryu. (ig, COURT STAFF) (Filed on 9/21/2012) (Entered: 09/21/2012) |
| 09/24/2012 | 2 | Minute Entry for proceedings held before Magistrate Judge Donna M. Ryu: Initial Appearance on Rule 5 Affidavit as to Rose Yvette Malbrue held on 9/24/2012. I.D. of Counsel Hearing held on 9/24/2012. CJA23 Submitted. Added attorney Jerome Emory Matthews for Rose Yvette Malbrue. Identity/Removal Hearing and Detention Hearing WAIVED. Defendant ordered DETAINED. Defendant ordered removed forthwith to the Eastern District of California. Remanding defendant to custody. (Recording #FTR 9/24/12 9:34-9:48.) (kc, COURT STAFF) (Filed on 9/24/2012) (Entered: 09/25/2012) |
| 09/24/2012 | 3 | CJA 23 Financial Affidavit by Rose Yvette Malbrue (kc, COURT STAFF) (Filed on 9/24/2012) (Entered: 09/25/2012) |
| 09/24/2012 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Rose Yvette Malbrue. Defendant committed to the Eastern District of California. Signed by Magistrate Judge Donna M. Ryu on 9/24/12. (kc, COURT STAFF) (Filed on 9/24/2012) (Entered: 09/25/2012) |